JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email: bundickj@gtlaw.com
        tyler.stevens@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICIOLI CONSTRUCTION LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware corporation; DOES 1-10, inclusive; and BLACK AND WHITE COMPANIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:26-cv-00312-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br>**(ECF NO. 002)**<br><br>**(FIRST REQUEST)** |

Plaintiff Nicioli Construction LLC ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadline for Defendant to file its response to Plaintiff's Complaint (ECF No. 002).

The Parties hereby stipulate to the following:

1.      Plaintiff filed a Complaint (the "Complaint") in the above-captioned case on April 30, 2026 (ECF No. 002).

2.      Defendant was served with the Complaint and Summons on May 5, 2026 (*see* ECF No. 005).

3.      The current deadline for Defendant to respond to the Complaint is May 26, 2026.

4.      The Parties stipulate to a two-week extension, setting the deadline for Defendant to file its response to June 9, 2026.

ACTIVE 724170497v2

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773    (702) 792-9002 (fax)

5. This is the Parties' first request to amend the deadline for the response to the Complaint.

6. This Stipulation is made in good faith and not for an improper purpose or to delay.

**IT IS SO STIPULATED.**

Dated this 18th day of May, 2026.

**GREENBERG TRAURIG, LLP**               **SBW LAW GROUP**

*/s/ Jacob D. Bundick*                    */s/ Alison R. Kertis*

JACOB D. BUNDICK, ESQ.                    MICHAEL A. BURKE, ESQ.
Nevada Bar No. 9772                       Nevada Bar No. 11527
TYLER W. STEVENS, ESQ.                    ALISON R. KERTIS, ESQ.
Nevada Bar No. 16325                      Nevada Bar No. 13875
10845 Griffith Peak Drive, Suite 600      3600 Mayberry Drive
Las Vegas, Nevada 89135                   Reno, Nevada 89509

*Counsel for JPMorgan Chase Bank, N.A.*   *Counsel for Nicioli Construction LLC*

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Parties' stipulation to extend the deadline for Defendant to file its response to Plaintiff's Complaint (ECF No. 002) is hereby GRANTED. The date for Defendant to file its response to the Complaint will be extended to June 9, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 19, 2026.

Page 2

ACTIVE 724170497v2