**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICIOLI CONSTRUCTION LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., a Delaware corporation;  DOES 1-10, inclusive; and BLACK AND WHITE COMPANIES 1-10, inclusive,<br><br>Defendants. | Case No.:  3:26-cv-00312-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINES TO FILE OPPOSITION and REPLY TO MOTION TO DISIMISS<br><br>**(First Request)** |

Plaintiff Nicioli Construction LLC ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss Complaint (ECF No. 8) and for Defendant to file its reply in support of Defendant's Motion to Dismiss Complaint (ECF No. 8).

The Parties hereby stipulate to the following:

1. Defendant filed a Motion to Dismiss Complaint in the above-captioned case on June 9, 2026 (ECF No. 8).

2. The current deadline for Plaintiff to respond to the Motion to Dismiss is June 23, 2026.

3. The Parties stipulate to a one week extension, setting the deadline for Plaintiff to file a response to the Motion to Dismiss to June 30, 2026.

4. The Parties stipulate to an extension, setting the deadline for Defendants to file a reply in support of the Motion to Dismiss to July 14, 2026.

5. This is the Parties' first request to amend the deadlines for the response to and reply in support of Motion to Dismiss.

6. This Stipulation is made in good faith and not for an improper purpose or to delay.

**IT IS SO STIPULATED.**

Dated this 18th day of June 2026.

| **GREENBERG TRAURIG, LLP** | **SBW LAW GROUP** |
|---|---|
| */s/ Tyler W. Stevens* | */s/ Michael A. Burke* |
| JACOB D. BUNDICK, ESQ. (NBN: 9772) | MICHAEL A. BURKE, ESQ. (NBN: 11527) |
| TYLER W. STEVENS, ESQ. (NBN: 16325) | ALISON R. KERTIS, ESQ. (NBN: 13875) |
| 10845 Griffith Peak Drive, Suite 600 | 3600 Mayberry Drive |
| Las Vegas, Nevada 89135 | Reno, Nevada 89509 |
| *Counsel for JPMorgan Chase Bank, N.A.* | *Counsel for Nicioli Construction LLC* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Parties' stipulation to extend the deadline for Plaintiff to file its response and Defendant to file its reply in support of Defendant's Motion to Dismiss (ECF No. 8) is hereby GRANTED.  The date for Plaintiff to file its response to the Motion to Dismiss is June 30, 2026. The date for Defendant to file its reply in support of Motion to Dismiss is July 14, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2026