JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email: bundickj@gtlaw.com
tyler.stevens@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773 (702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICIOLI CONSTRUCTION LLC, a Nevada limited liability company,

Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A., a Delaware corporation; DOES 1-10, inclusive; and BLACK AND WHITE COMPANIES 1-10, inclusive,

Defendants.

CASE NO. 3:26-cv-00312-ART-CLB

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES**

[ECF No. 16]

Plaintiff Nicioli Construction LLC ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadline for the Parties to serve their initial disclosures.

The Parties hereby stipulate to the following:

1. Plaintiff filed a Complaint (the "Complaint") in the above-captioned case on April 30, 2026 (ECF No. 002).

2. On July 21, 2026, the Court entered the Stipulated Discovery Plan and Scheduling Order, setting the deadline for the Parties to serve initial disclosures as July 24, 2026.

3. The Parties stipulate to a one (1)-week extension of the initial disclosure deadline, setting the deadline to serve initial disclosures to July 31, 2026.

4. This is the Parties' first request to amend the deadline for serving initial disclosures.

5. This Stipulation is made in good faith and not for an improper purpose or to delay.

**IT IS SO STIPULATED.**

DATED this 24th day of July, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Tyler W. Stevens*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for JPMorgan Chase Bank, N.A.*

**SBW LAW GROUP**

*/s/ Alison R. Kertis*
MICHAEL A. BURKE, ESQ.
Nevada Bar No. 11527
ALISON R. KERTIS, ESQ.
Nevada Bar No. 13875
3600 Mayberry Drive
Reno, Nevada 89509

*Counsel for Nicioli Construction LLC*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Parties' stipulation to extend the deadline for the Parties to serve their initial disclosures is hereby GRANTED. The date for the Parties to serve their initial disclosures will be extended to July 31, 2026.

UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773 (702) 792-9002 (fax)



ACTIVE 726609758v1